# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| Date: August 26, 2019 | Time: 2:10-3:20 p.m. (1 hour and 10 minutes) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 19-cr-00157-HSG-1 | Case Name: USA v. Faison | |

**Defendant:** Sandford Bemi Faison **(Present; Custody)**
**Attorney for Plaintiff:** Philip Kearney
**Attorney for Defendant:** David Rizk
**Probation Officer:** Jennifer James

| **Deputy Clerk:** Nikki D. Riley | **Court Reporter:** Pamela Batalo-Hebel |

**PROCEEDINGS:** Sentencing - HELD

**Notes:** The Court sentences the Defendant to: 71 months BOP; 5 years supervised release under the usual terms and conditions and the special conditions; no fine; no restitution; and $100.00 special assessment due at a rate of $25.00 per quarter during imprisonment. The defendant is remanded into the custody of the U.S. Marshal. See J&C for additional details.